```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

                                Plaintiff,                    22-CV-1083 (ALC) (KHP)

        -against-

                                                           **ORDER**

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON and LM INSURANCE
CORPORATION,

                               Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed during the initial case management conference held on August 11, 2022, the parties shall file a joint status letter by September 14, 2022.  To the extent the parties do not reach an interim agreement as discussed, the letter shall include a revised discovery plan and briefing schedule (if necessary) for the Court's consideration.

       SO ORDERED.

DATED:      New York, New York
                 August 11, 2022

                                                *[signature]*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge