**MEMO ENDORSED**

# HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

110 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 571-0111
FAX (212) 571-1117

www.HKMPP.com

John S. Favate
jfavate@hkmpp.com
Member of N.Y. and N.J. Bar

**NEW JERSEY OFFICE**
673 Morris Avenue
Springfield, New Jersey 07081
(973) 912-5222
FAX (973) 912-9212

**PENNSYLVANIA OFFICE**
60 West Broad Street
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2022
```

November 21, 2022

VIA: ECF

**Magistrate Judge Katharine H. Parker**
United States District Court
Southern District of New York
50 Pearl Street
New York, NY 10007-1312

RE: **The Travelers Indemnity Co. v. Certain Underwriters at Lloyd's London and LM Ins. Corp.**
**Case No: 22-cv-01083-ALC**

Dear Magistrate Judge Parker:

I represent the defendant, LM Insurance Corporation. I write with the consent of and on behalf of counsel for all parties to jointly request that the Court adjourn the settlement conference now scheduled for November 28, 2022. Counsel for the parties are engaged in ongoing direct settlement discussions and believe that those discussions will benefit from additional time. Therefore, the counsel for the respectfully request that the Court adjourn the settlement conference currently scheduled for November 28, 2022, for a period of 60 days to enable the parties to complete their settlement discussions. Should the Court have any questions, counsel for the parties stand ready to respond. In the meantime, the Court's consideration and assistance is appreciated.

Respectfully submitted,

John S. Favate

JSF:CC
cc: Lisa Szczepanski, Esq. (via ECF)
Jessica S. Goddeyne, Esq. (via ECF)

**APPLICATION GRANTED:** The Settlement Conference scheduled for Monday, November 28, 2022 at 2:00 P.M. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, February 9, 2023 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court via e-mail no later than <u>February 2, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/21/2022