HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

110 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 571-0111
FAX (212) 571-1117

www.HKMPP.com

John S. Favate
jfavate@hkmpp.com
Member of N.Y. and N.J. Bar

NEW JERSEY OFFICE
673 Morris Avenue
Springfield, New Jersey 07081
(973) 912-5222
FAX (973) 912-9212

PENNSYLVANIA OFFICE
60 West Broad Street
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/02/2023

February 1, 2023

VIA: ECF

**Magistrate Judge Katharine H. Parker**
United States District Court
Southern District of New York
50 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

      RE:    The Travelers Indemnity Co. v. Certain Underwriters at
                Lloyd's London and LM Ins. Corp.
                Case No: 22-cv-01083-ALC

Dear Magistrate Judge Parker:

      I represent defendant, LM Insurance Corporation. I write with the consent and on behalf of counsel for all parties to update the Court on the status of the parties' settlement negotiations and to respectfully request an adjournment of the February 9, 2023 settlement conference or, in the alternative, to convert the February 9, 2023 conference to a virtual conference.

      As reported in my letter to the Court dated November 28, 2022 (Docket Entry #32), the parties have reached a settlement in principle. Currently, the parties are jointly working on finalizing the written Settlement Agreement. The expectation is that the Settlement Agreement will be finalized and approved by the parties within 45 days. Accordingly, the parties jointly request that the February 9, 2023 settlement conference be adjourned for a period of 45 days.

      In the alternative, should the Court decide to proceed with a conference on February 9, 2023, pursuant to Section 5(f) of the Court's Individual Practices in Civil Cases, the parties request that the February 9, 2023 conference be converted to a virtual conference. Each party's authorized representative is located outside of New York City and in the case of LM Insurance Corporation outside of the State of New York. As such, personal attendance by the parties' authorized representatives at the February 9, 2023 conference would result in hardship given the status of the parties' settlement in principle.

Page 2
February 1, 2023

Accordingly, the parties jointly request that the court adjourn for a period of 45 days the February 9, 2023 settlement conference or, in the alternative, convert that conference to a virtual one allowing the parties' representatives to participate by phone.[1]

The Court's consideration is appreciated.

Respectfully submitted,

John S. Favate

JSF:CC
cc:  Lisa Szczepanski, Esq. (via ECF)
     Jessica S. Goddeyne, Esq. (via ECF)

**APPLICATION GRANTED:** The Settlement Conference scheduled for Thursday, February 9, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, April 11, 2023 at 2:00 p.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by the Court via email no later than April 4, 2023 by 5:00 p.m.

APPLICATION GRANTED

Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

02/02/2023

---

[1] Should the Court desire to proceed with the conference, counsel for the parties can appear in person as necessary.