# USERY & ASSOCIATES

LISA SZCZEPANSKI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

**MEMO ENDORSED**

Tel.: (917) 778-6680
Fax: (844) 571-3789

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2023

March 30, 2023

<u>*Via ECF*</u>
Hon. Katharine H. Parker
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 750.
New York, NY 10007

Re:   *The Travelers Indemnity Company v. Certain Underwriters at Lloyd's, London and LM Insurance Corporation*
Case No. 1:22-cv-01083-ALC-KHP

Dear Magistrate Judge Parker:

This office represents plaintiff, The Travelers Indemnity Company ("Travelers"), in connection with the above-referenced action. We submit this letter request jointly with counsel for defendant, Certain Underwriters at Lloyd's, London ("Lloyd's"), and counsel for defendant, Liberty Mutual Insurance Company, incorrectly sued herein as LM Insurance Company ("Liberty"), pursuant to section I.c. of the Court's Individual Practices in Civil Cases, <u>to request that the settlement conference currently scheduled for April 11, 2023 at 2:00 p.m. be adjourned.</u>

<u>The reason for this request is the Travelers claim representative responsible for handling the claims for insurance coverage at issue in this action, Todd Anderson, is not available to participate in the conference on April 11, 2023. Additionally, counsel for Liberty is scheduled to begin a trial in another matter on the same day and is also unavailable.</u>

One previous request to adjourn the settlement conference in this matter was made (*see* Dkt. 34) and granted (*see* Dkt. No. 35). The previous request was premised on the parties having reached a settlement in principle. <u>The parties continue to work on finalizing their agreement, and therefore request that the settlement conference be adjourned 45 days, with the expectation that a stipulation of dismissal will be filed prior to the adjournment date.</u>

Thank you for Your Honor's attention and consideration.

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 401 LENNON LANE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| WALNUT CREEK, CA 94598 | MS04A-0000 | 6TH FLOOR | SUITE 300 |
| | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |

Respectfully submitted,

Lisa Szczepanski

Cc: Furman Kornfeld & Brennan, LLP (*via ECF*)
Hardin, Kundla, McKeon & Poletto (*via ECF*)

---

**APPLICATION GRANTED:** The Settlement Conference scheduled for Tuesday, April 11, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, June 27, 2023 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court via email no later than <u>June 20, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
03/31/2023

---

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CALIFORNIA OFFICE: | CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|---|
| 401 LENNON LANE | ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| WALNUT CREEK, CA 94598 | MS04A-0000 | 6TH FLOOR | SUITE 300 |
|  | HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |