

Wall Street Plaza
88 Pine Street, 32nd Floor, New York, NY 10005
Tel: 212-867-4100  Fax: 212-867-4118
www.fkblaw.com

June 20, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2023

**MEMO ENDORSED**

<u>VIA ECF</u>

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
50 Pearl Street
New York, New York 10007

      Re:    **The Travelers Indemnity Company v. Certain Underwriters at Lloyd's, London and LM Insurance Corporation**
             Civil Action No.: 22-cv-01083-ALC
             FKB File No.: 413.023

Dear Magistrate Judge Parker:

      I represent Defendant Certain Underwriters at Lloyd's, London in connection with the above referenced matter.  <u>I write with the consent, and on behalf, of counsel for all parties to jointly request that the Court adjourn the upcoming settlement conference scheduled for June 27, 2023.  Counsel for the parties are in the process of confirming the final details of their settlement arrangement, but would benefit from some additional time in order to conclude same.</u>  <u>As such, counsel for all parties respectfully request that the Court adjourn the parties' settlement conference, currently scheduled for June 27, 2023, for a period of 45 days to enable the parties to complete their settlement negotiations</u>.  Should the settlement be finalized before the 45 days have concluded, the parties will make sure to notify the Court accordingly.

      We thank the Court for its consideration and assistance.

                            Respectfully submitted,

                            FURMAN KORNFELD & BRENNAN LLP

                            Jessica S. Goddeyne

cc:    *Via ECF*
       Lisa Szczepanski, Esq.
       John S. Favate, Esq.

**APPLICATION GRANTED:** The Settlement Conference scheduled for Tuesday, June 27, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, September 28, 2023 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court via email no later than <u>September 21, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

06/20/2023